ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Plaintiff Governor Jon Corzine
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112

By: Patrick DeAlmeida
    Assistant Attorney General
    (609) 292-8576

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------x
HON. JON CORZINE, Governor of     :
the State of New Jersey,          :
                                  :
         Plaintiff,               :   Civil Action No. 06-833 (JLL)
                                  :
    v.                            :   NOTICE OF DISMISSAL
                                  :
HON. HENRY M. PAULSON, JR.,       :
Secretary of the Treasury,        :
et al.,                           :
                                  :
         Defendants.              :
----------------------------------x

TO: Clerk, United States District Court

    Joel McElvain, Esq.
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave, N.W., Room 7130
    Washington, DC 20001

    PLEASE TAKE NOTICE that plaintiff Hon. Jon Corzine, Governor of the State of New Jersey, dismisses this action pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure.

                              ANNE MILGRAM
                              ATTORNEY GENERAL OF NEW JERSEY

                          By: _____
                              Patrick DeAlmeida
                              Assistant Attorney General

Dated: 11/7/07