**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HON. JON CORZINE, Governor of the State of New Jersey, | **CLOSED** |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 06-833 (JLL) |
| HON. HENRY M. PAULSON, JR., Secretary of the Treasury, et al., | **ORDER** |
| Defendants. | |

On November 7, 2007, Plaintiff Jon Corzine, Governor of the State of New Jersey, dismissed this action against all defendants pursuant to Federal Rule of Civil Procedure 41(a). Consequently, **IT IS**

**ON THIS** 8th day of November, 2007,

**ORDERED** that this matter is hereby CLOSED.

**SO ORDERED.**

/s/ Jose L. Linares
UNITED STATES DISTRICT JUDGE